## BIGGS v. STATE.
### No. 22188.

Court of Criminal Appeals of Texas.
June 10, 1942.

Reid & Reid, of Abilene, for appellant.
Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for the unlawful possession of whisky in a dry area for the purpose of sale. The penalty assessed is a fine of $250.

The record is before us without a statement of facts or bills of exception. In the absence thereof nothing has been presented to this court for review.

The judgment of the trial court is affirmed.